IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES A. FOSTER                                                                       PLAINTIFF

v.                       CASE NO. 4:18-CV-00918 BSM

DEPARTMENT OF THE ARMY                                      DEFENDANT

## ORDER

Plaintiff Charles A. Foster's lawsuit is dismissed without prejudice because he has failed to amend his complaint within 21 days of December 12, 2018, as ordered [Doc. No. 10] and has failed to otherwise respond within thirty days. *See* Local Rule 5.5(c)(2). The defendant's motion to clarify [Doc. No. 14] is denied as moot.

IT IS SO ORDERED this 18th day of March 2019.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE